No. 67660.—George H. Maus, Inc., and F. Murray Hill Co., Inc., et al. v. United States, protests 330926–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of fish netting similar in all material respects to that involved in Abstract 63947, the claim of the plaintiffs was sustained.

No. 67661.—Paul Le Clair Net Co. v. United States, protest 59/29011–S (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of amilon or other synthetic gill nets similar in all material respects to those the subject of Abstract 63947, the claim of the plaintiff was sustained.

No. 67662.—Westerman Mfg. Co. v. United States, protests 59/4394, 60/11661, and 59/33718 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon watch bands similar in use to manufactures of silk and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.